PD-0772-15

NO. 01-13-00920-CR

Lydell Jones  §  IN THE COURT

v.s  §  OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS TEXAS  §  IN AUSTIN TEXAS

AUG 19 2015  MOTION TO FILE SINGLE COPY

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

New comes Lydell Jones, known as petitioner who files this motion to file a single copy in conjunction with his Petition for Discretionary Review, seeking leave of this court and waiver of rule 9.3, 9.5, 68.4 (J) and 68.11 as set in the Texas rules of Appellant Procedures and with this motion will show good cause as follows:

1. Petitioner is incarcerated, and cannot and has no access to copying machine within TDCJ-ID.

2. Petitioner has no copies of the required and suggested documents to file with his P.D.R. for this court use.

3. Petitioner is indigent and cannot afford to send out and have copies made.

4. Petitioner asks this court to furnish copies of his P.D.R. and forward to the states prosecutor pursuant to rule 68.11 and 9.5 of Tex. R. App. Pro.

5. Petitioner request that the court furnish copy of the court of Appeals ruling pursuant rule 68.4.

PRAYER

Abel Acosta, Clerk

Petitioner Prays this court finds good cause to grant this motion on its Merits and allow petitioner to submit a single copy.

INMATE DECLARATION

I Lydell Jones, TDCJ-ID # 1902538 being incarcerated in the TDCJ-ID unit Coffield, Anderson County, Texas, do declare under Penalty of Perjury declare that the forgoings are true and correct.

s// Respectfully Requested,

Lydell Jones

Lydell Jones #1902538
2661 FM 2054 (Coffield Unit)
Tennessee Colony, Texas 75884

Executed this day 12th of Aug 2015